CARL R. BYOIR, Appellant, v. JAMES M. PIERCE and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Smith, J., dissented.

In the Matter of Proving the Last Will and Testament of GEORGE H. HUBER, Deceased. GEORGE HUBER THOMSON, Appellant; EMMA M. HUBER and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of LAWYERS TITLE AND TRUST COMPANY and Another, as Executors, etc., of MARY MANDEVILLE JOHNSTON, Deceased. ANNA A. JOHNSTON, Appellant; LAWYERS TITLE AND TRUST COMPANY, as Surviving Executor, and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MARY REYNOLDS, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

KATHERINE N. SCOFIELD, Respondent, v. BRADLEY CONTRACTING COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that the action was brought and tried on the theory of negligence, and that no negligence was shown. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

GEORGE OGLE, as Administrator, etc., Respondent, v. CHARLES M. ROSENTHAL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.; Clarke, P. J., and Shearn, J., dissented.

In the Matter of the Estate of JOHN H. SCOVILLE, Deceased. In the Matter of the Application of GEORGE T. MAXWELL and CANTINE T. SCOVILLE, Respondents, for the Revocation of Letters Testamentary Issued Herein to LILA S. SCOVILLE. LILA S. SCOVILLE, as Executrix, etc., Appellant.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

FAIRMOUNT FILM CORPORATION, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Page, Shearn and Merrell, JJ.

JOHN N. HOFF v. GUSTAVE CRETENS.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.